UNITED STATES DISTRICT COURT
NOTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| RUTGERS CASUALTY INSURANCE COMPANY, individually and on behalf of all others similarly situated,<br><br>　　　　　　　　　　Plaintiff,<br><br>　　　v.<br><br>JOHN P. CALAMOS, SR., Trustee of the Calamos Convertible and High Income Fund, NICK P. CALAMOS, former Trustee of the Calamos Convertible and High Income Fund, WESTON W. MARSH, Trustee of the Calamos Convertible and High Income Fund, JOE F. HANAUER, former Trustee of the Calamos Convertible and High Income Fund, JOHN E. NEAL, Trustee of the Calamos Convertible and High Income Fund, WILLIAM R. RYBAK, Trustee of the Calamos Convertible and High Income Fund, STEPHEN B. TIMBERS, Trustee of the Calamos Convertible and High Income Fund, DAVID D. TRIPPLE, Trustee of the Calamos Convertible and High Income Fund, CALAMOS ADVISORS, LLC, an investment advisor and Delaware limited liability company, CALAMOS ASSET MANAGEMENT, INC, a Delaware corporation and publicly-held holding company, CALAMOS CONVERTIBLE AND HIGH INCOME FUND, a Delaware statutory trust, and JOHN AND JANE DOES 1-100,<br><br>　　　　　　　　　　Defendants. | Civil Action No. 1:10-cv-05106<br><br>Honorable Charles R. Norgle, Sr<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AS TO DEFENDANTS** |

　　　　Plaintiff Rutgers Casualty Insurance Company, by and through the undersigned counsel, hereby voluntarily dismisses its claims without prejudice against Defendants pursuant to Rule

41(a)(1)(A)(i) of the Federal Rules of Civil Procedure.  Defendants have not served an answer or motion for summary judgment to Plaintiff's complaint.

Dated:   October 5, 2010

           **POMERANTZ HAUDEK**
             **GROSSMAN & GROSS LLP**


By:  s/Patrick V. Dahlstrom
      Patrick V. Dahlstrom

      10 South LaSalle Street, Suite 3505
      Chicago, IL  60603
      Telephone: 312-377-1181
      Facsimile:  312-377-1184
      pdahlstrom@pomlaw.com

      **POMERANTZ HAUDEK**
        **GROSSMAN & GROSS LLP**
      Marc I. Gross
      Murielle J. Steven
      Jeremy A. Lieberman
      100 Park Avenue, 26th Floor
      New York, New York 10017
      Telephone: 212-661-1100
      Facsimile: 212-661-8665
      migross@pomlaw.com
      mjsteven@pomlaw.com
      jalieberman@pomlaw.com

      *Attorneys for Plaintiff*